No. 91–8274. RAMSEY v. COLORADO ET AL. Ct. App. Colo. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–8517. FONTENETTE v. OHIO. Ct. App. Ohio, Cuyahoga County. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–8582. PREDHAM v. UNITED STATES ET AL. C. A. 3d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–8774. RAMSEY v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–2078. KAMISUGI v. KUHNERT ET UX. Sup. Ct. Haw. Motion of Hawaii Association of Realtors for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–2081. GEORGIA POWER CO. v. PATAULA ELECTRIC MEMBERSHIP CORP. ET AL.; and

No. 92–19. WHITWORTH ET AL. v. PATAULA ELECTRIC MEMBERSHIP CORP. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions. Reported below: 951 F. 2d 1238.

No. 91–8426 (A–123). RICKMAN v. CITY OF OVERLAND PARK, KANSAS. Sup. Ct. Kan. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied. Certiorari denied.

No. 91–8714. FIERRO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. JUSTICE BLACKMUN would grant the petition, vacate the judgment, and remand the case for further consideration in light of *Dawson* v. *Delaware*, 503 U. S. 159 (1992).

No. 92–8. BODINE'S, INC. v. GORDON ET AL. App. Ct. Ill., 1st Dist. Motion of Chicago Association of Commerce and Industry et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.